UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| EDWARD A. DIGGS, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 3:23-cv-247 |
| v. ) | |
| ) | Judge Atchley |
| KILOLO KIJAKAZI, ) | Magistrate Judge Poplin |
| Acting Commissioner of Social Security, ) | |
| ) | |
| *Defendant*. ) | |

## ORDER

On July 17, 2023, United States Magistrate Judge Debra C. Poplin filed a Report and Recommendation [Doc. 3] pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. The Magistrate Judge recommends that Plaintiff's Motion for Leave to Proceed in forma pauperis [Doc. 2] be denied. Plaintiff has not filed an objection to the Report and Recommendation.[1] The Court has nonetheless reviewed the Report and Recommendation, as well as the record, and agrees with Magistrate Judge Poplin's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Poplin's findings of fact and conclusions of law as set forth in the Report and Recommendation [Doc. 3]. Plaintiff's Motion for Leave to Proceed in forma pauperis [Doc. 2] is **DENIED**.

**SO ORDERED.**

/s/ *Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY JR.**
**UNITED STATES DISTRICT JUDGE**

---

[1] Magistrate Judge Poplin advised that the parties had 14 days in which to object to the Report and Recommendation and that failure to do so would waive any right to appeal. [Doc. 3 at 2 n.2]; *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").